

## Fourth Court of Appeals

### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-17-00574-CR

James Leroy **GREEN** III,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR9758
The Honorable Laura Lee Parker, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
             Karen Angelini, Justice
             Irene Rios, Justice

Delivered and Filed:  February 28, 2018

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion is signed by both Appellant and his attorney. *See* TEX. R. APP. P. 42.2(a). We, therefore, grant the motion and dismiss this appeal. *See id.*

PER CURIAM

DO NOT PUBLISH